JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
CERTAIN REAL PROPERTY KNOWN AS 5587 MYSTIC BEND

B-00-147

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED
SEP 20 2000
Michael N. Milby
Clerk of Court

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
RONALD G. MORGAN
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, Texas 78520   (956) 548-2554

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | [X] 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

18 U.S.C. 983 and 985

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 09/20/00

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| vs | § | CIV. NO. B-00-147 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 5587 MYSTIC BEND | § | |
|     Defendant. | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW COMES the United States of America, Plaintiff, by and through its attorneys MERVYN M. MOSBACKER, United States Attorney, and RONALD G. MORGAN, Assistant United States Attorney, and in support of this Complaint for forfeiture in rem states as follows:

### Jurisdiction and Venue

1) This is a civil action in rem brought, in accordance with 18 U.S.C. §§ 983 and 985, to enforce the provisions of 21 U.S.C. § 881(a)(6), which provide for the forfeiture of property which is purchased/improved with narcotic trafficking proceeds in violation of Title II of the Controlled Substance Act, 21 U.S.C. § 801 et seq.

2) This Court has jurisdiction to hear this matter pursuant to Title 28 U.S.C. §§ 1345, 1355.

3) Venue is properly in this district pursuant to Title 28 U.S.C. §1395 and 18 U.S.C. § 981(h).

### Parties

4) The Plaintiff is the United States of America.

5) The Defendant Property is as follows: All that lot or parcel of land, together with its

buildings, appurtenances, improvements, fixtures, attachments and easements, located in Cameron County, Texas, generally known as 5587 MYSTIC BEND, BROWNSVILLE, CAMERON COUNTY, TEXAS, more particularly described as:

> (a) Lot 20, Block 7, The Woods Subdivision, Cameron County, Texas, according to the map thereof recorded in Cabinet 1, Slot 1428-A & 1428-B, Map Records of Cameron County, Texas, along with all improvements.

### Factual Background

6) The Defendant Property, as real property, was, is, and will remain within the jurisdiction of this Court during the pendency of this action.

7) In support of this complaint, the United States avers that an investigation by the Federal Bureau of Investigation revealed that RICARDO ELOY GARCIA, spouse of EVA B. GARCIA and one of the owners of the Defendant Property, was engaged in the transportation and distribution of controlled substances.

8) On July 24, 2000, RICARDO ELOY GARCIA entered a plea of guilty to possessing with the intent to distribute in excess of 2,100 pounds of marihuana. During the inquiry into the factual basis of the plea, RICARDO ELOY GARCIA admitted under oath, in open court, that the Defendant Property was purchased with proceeds derived from the transportation and distribution of controlled substances. Moreover, RICARDO ELOY GARCIA further admitted that he had been engaged in numerous transactions involving controlled substances since 1995.

9) On July 24, 2000, the United States District Court entered an "Agreed Order of Criminal Forfeiture" thereby forfeiting RICARDO ELOY GARCIA's interest in the Defendant Property. Pursuant to the plea agreement in the case of RICARDO ELOY GARCIA, the Government avers that a final order of criminal forfeiture will be entered against the property at the

Case 1:00-cv-00147   Document 1   Filed in TXSD on 09/20/2000   Page 4 of 7

time RICARDO ELOY GARCIA is sentenced.

10) The Defendant Property was purchased by RICARDO ELOY GARCIA and his spouse, EVA B. GARCIA, in August 1998.

11) The improvements to the Defendant Property were completed in February, 1999, at which time a mortgage was taken out on Defendant Property. That mortgage is held by International Bank of Commerce, P.O. Box 579, McAllen, Texas 78505.

12) According to RICARDO ELOY GARCIA, EVA B. GARCIA, his spouse, never worked outside of the home before October 1999.

13) EVA B. GARCIA, RICARDO ELOY GARCIA's spouse, was not a bona fide purchaser of the property in her own right. Instead, her interest, if any, in the Defendant property was derived solely from RICARDO ELOY GARCIA.

14) These facts clearly indicate by a preponderance of the evidence that the Defendant Property was purchased with proceeds derived from the possession with the intent to distribute and the distribution of marihuana, in violation of 21 U.S.C. § 841 and that EVA B. GARCIA was not a bona fide purchaser of the Defendant Property.

15) Based upon the foregoing, the Defendant Property, with all appurtenances and improvements thereon, was purchased with or improvements made to it using the proceeds of transactions involving controlled substances, for which reason it is forfeitable under 21 U.S.C. § 881 (a)(6), for violation of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

16) WHEREFORE, the United States of America asserts that based upon facts known to it, the above described Defendant Property, by a preponderance of the evidence, is forfeitable to the United States as the proceeds of or property traceable to proceeds furnished in exchange for a

3

controlled substance in violation of Title 21 United States Code.

17) Therefore, the United States respectfully requests that this court cause to be issued the following:

(A) A Notice of Complaint, in accordance with 18 U.S.C. 985(c)(1)(B), which, according to the normal procedure of this Court, will cite all persons having an interest in the Defendant Property to appear on the return day of process by filing a claim and answer pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, as modified by 18 U.S.C. § 983 (a)(2)(B), or as ordered by this Court;

(B) A copy of the Notice of Complaint which will be issued to the United States Marshall, commanding him to post the Notice of Complaint on the Defendant Property;

(C) A judgment of forfeiture to the United States be decreed against the Defendant Property; and

(D) An award for costs and other further relief to which Plaintiff may be entitled.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

RONALD G. MORGAN
Assistant U. S. Attorney
Federal Bar No. 23902
TX Bar No. 00795014
600 East Harrison, # 201
Brownsville, Texas 78520
Tel No. (956) 548-2554
Fax No. (956) 548-2711

4

## VERIFICATION

I, <u>Armando Fernandez</u>, upon oath declare and say that:

1. I am a Special Agent with the Federal Bureau of Investigation, and I am one of the agents responsible for the investigation concerning this litigation.

2. I have read the above Complaint for Forfeiture.

3. I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4. Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish by a preponderance of the evidence proof to seize and forfeit the Defendant Property as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>19</u> Day of <u>September</u>, 2000.

_____
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this the <u>19th</u> day of <u>September</u>, 2000.

BELIA V. ZEPEDA
MY COMMISSION EXPIRES
January 4, 2001

_____
Notary Public for the States of Texas

My commission expires on <u>1/4/01</u>.

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first-class mail, return receipt requested, to the interested parties listed below on this __20th__ day of __September__, 2000.

> EVA B. GARCIA
> 5587 Mystic Bend
> Brownsville, TX 78521
>
> INTERNATIONAL BANK OF COMMERCE
> re: Loan No. 5000397035
> P.O. Box 579
> McAllen, Texas 78505

_____
RONALD G. MORGAN
Assistant U.S. Attorney