2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Plaintiff, | § | |
| vs | § | CIV. NO.  B-00-147 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 5587 MYSTIC BEND | § | |
| Defendant. | § | |

## NOTICE OF LIS PENDENS

Notice is hereby given that the above captioned action has been commenced and is now pending in the United States District Court for the Southern District of Texas between the above named parties.

IN THIS ACTION the United States is seeking, among other things, the forfeiture of all interests of EVA B. GARCIA in certain named parcels of real estate, including all structures, improvements and fixtures thereon, pursuant to the provisions of 18 U.S.C. §§ 981 and 985. The parcels of real estate to be forfeited include the following: all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located in Cameron County, Texas, generally known as 5587 MYSTIC BEND, BROWNSVILLE, CAMERON COUNTY, TEXAS, more particularly described as:

    (a) Lot 20, Block 7, The Woods Subdivision, Cameron County, Texas, according to the map thereof recorded in Cabinet 1, Slot 1428-A & 1428-B, Map Records of Cameron County, Texas, along with all improvements.

For further information concerning this action, reference may be made to the records of the Clerk

of the Court for the United States District Court for the Southern District of Texas, Brownsville Division, 600 East Harrison Street, Brownsville, Texas, 78520.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: /RONALD G. MORGAN
Assistant U. S. Attorney
600 East Harrison, # 201
Brownsville, Texas 78520
Tel No. (956) 548-2554
Fax No. (956) 548-2711

BELIA V. ZEPEDA
MY COMMISSION EXPIRES
January 4, 2001

Sworn & Subscribed before me this 19th day of September, 2000.

_Belia V. Zepeda_
Notary Public

2