4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. B-00-147 |
| § | |
| CERTAIN REAL PROPERTY KNOWN § AS 5587 MYSTIC BEND, § § | |
| Defendant. § | |

## NOTICE OF COMPLAINT

1. The United States Marshall for the Southern District of Texas is ordered to:

   A. Execute process on the real property located at 5587 Mystic Bend, Brownsville, Cameron County, Texas, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, more particularly described as Lot 20, Block 7, The Woods Subdivision, Cameron County, Texas, according to the map thereof recorded in Cabinet 1, Slot 1428-A and 1428-B, Map Records of Cameron County, Texas, by posting a Notice of the Complaint on the property in a conspicuous place;

   B. Serve a copy of the Verified Complaint for Forfeiture in Rem and Notice of Complaint on the person in possession or his agent,

   C. Cause public notice of the Verified Complaint for Forfeiture in Rem and Notice of Complaint to be published in the *Brownsville Herald* as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. All persons claiming an interest in the property shall file their claims within 30 days after the posting of the Notice of Complaint or within 35 days of mailing

personal notice, whichever occurs first, and shall serve and file their answer within 20 days after filing their claim with the Office of the Clerk, Southern District of Texas, with a copy sent thereof to the Assistant United States Attorney, 600 East Harrison Street, #201, Brownsville, Texas, 78520.

DONE at Brownsville, Texas, this 27th day of September, 2000.

*Hilda Tagle*

Hilda G. Tagle
United States District Judge