IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CIVIL ACTION NO. B-00-147 |
| | ) |
| CERTAIN REAL PROPERTY KNOWN | ) |
| AS 5587 MYSTIC BEND | ) |

## APPEARANCE AND CLAIM TO THE RES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW EVA GARCIA, Claimant in the above-entitled and numbered cause, by and through its duly authorized representative, and pursuant to the Federal Rules of Civil Procedure, files this its claim to the res and notice of appearance, and in support thereof would respectfully show unto the Court as follows:

I.

EVA GARCIA alleges and says that it she is the owner of the Defendant REAL PROPERTY KNOWN AS 5587 MYSTIC BEND and as Claimant, appears for and on behalf of said Defendant and real property and makes claim to the Defendant and real property, as the same are attached by the Marshal for this District under process of this Court at the instance of Plaintiff, UNITED STATES OF AMERICA.

II.

Claimant would further show the Court that as the owner of the REAL PROPERTY KNOWN AS 5587 MYSTIC BEND, Claimant is entitled to possession and use of the residence and has the right to defend this action on behalf of the real property and residence.

WHEREFORE, Claimant prays the Court that its claims be recognized and its appearance be in all things recorded, and the allegations in said claims be acted upon as soon as practicable in accordance with the rules of this Honorable Court.

Respectfully submitted,

By: *Dennis Sanchez* (signature)
Dennis Sanchez
Federal Adm. ID No. 1549
State Bar No. 17569600
Attorney for Claimant,
EVA GARCIA.

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
Tel: (956) 546-3731
Fax: (956) 546-3765/66

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Appearance and Claim to the Res has been forwarded to Ronald G. Morgan, Trial Attorney, AUSA, 600 Esast Harrison, No.201, Brownsville, Texas 78520, by U.S. Certified Mail, Return Receipt Requested, this 10th day of October, 2000.

*Dennis Sanchez* (signature)
Dennis Sanchez

# VERIFICATION

STATE OF TEXAS )
)
COUNTY OF CAMERON )

BEFORE ME, the undersigned authority, on this day personally appeared EVA GARCIA, who being by me first duly sworn on oath, stated and said that she has read the foregoing **Appearance and Claim Res**, and that the contents thereof are true and correct.

_____
EVA GARCIA

SWORN TO AND SUBSCRIBED TO BEFORE ME, a Notary Public, on the 9th day of October, 2000.

_____
Notary Public, State of Texas

My Commission expires:

