/2-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 23 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CIVIL ACTION NO. B-00-147 |
| | ) |
| CERTAIN REAL PROPERTY KNOWN | ) |
| AS 5587 MYSTIC BEND | ) |

### ANSWER TO COMPLAINT FOR FORFEITURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, EVA GARCIA, Claimant in the above-styled and numbered cause, and files this her Answer to the Verified Complaint for Forfeiture In Rem, heretofore filed by the United States of America, and by way of answer and defense would respectfully show as follows:

I.

1. This Defendant admits that this court has jurisdiction over this case.

2. In reply to paragraph 5 of Plaintiff's verified complaint, Plaintiff would show that she and her husband, Ricardo Eloy Garcia, purchased the subject property on or about August 28, 1998, and continue to be the legal owners of such real property.

3. Claimant admits the allegations set out in paragraph 6 of the verified complaint.

4. Claimant can neither admit nor deny the allegations set out in paragraph 7 of the verified complaint.

5. Claimant denies the allegations set out in paragraph 8 of the verified complaint inasmuch as such allegations indicate that the subject property was purchased with proceeds derived from the transportation and distribution of controlled substances.

6.  Claimant agrees to the factual allegations made in paragraphs 10, 11, and 12 of the verified complaint.

7.  This Claimant denies that she is not a bona fide purchaser of the subject property. This Claimant further denies that her interest is derived solely from Ricardo Eloy Garcia.

8.  This Claimant denies the allegations set forth in paragraphs 14, 15 and 16 of the verified complaint.

II.

## Defenses

9.  Claimant would further show that she is a bona fide owner of the subject property, and that the proceeds utilized to acquire the property in the house in question were not derived from the sale or distribution of any controlled substances.

WHEREFORE, premises considered, Claimant prays that upon final hearing, this Court deny the recovery sought by the United States of America.

Respectfully submitted,

By: *[signature]*
Dennis Sanchez
State Bar No. 17569600
Cameron Co. No. 2204
Federal Bar No. 1594
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

ATTORNEYS FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Answer to Verified Complaint for Forfeiture In Rem** has been served upon counsel for the Plaintiff, Mr. Ronald G. Morgan, Assistant U.S. Attorney, 600 East Harrison, No. 201, Brownsville, TX 78520, by mail, return receipt requested, and/or by ☐ facsimile, and/or by ☐ hand delivery, on this _19th_ day of October, 2000.

_____
DENNIS SANCHEZ