IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

15

USA

Vs.

Certain Real Property
Known as 5587 Mystic Bead

ACTION NO. B:00-147

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on __1/3/01__, the Court STRUCK the filing entitled _Gov't's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment. #14_ because it did not comply with one or more of the following Local Rules:

1. _____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. _____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. _____ One or more of the following are not included beneath the attorney's signature:
   (a)   state bar number; or
   (b)   Southern District of Texas Federal Bar Number; or
   (c)   office address including zip code; or
   (d)   telephone and facsimile numbers with area codes (LR 11.3(A)).

4. _____ A copy of the filing was not provided (LR 5.2).

5. __✓__ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. _____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D), CrLR12.2).

7. _____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. _____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this __3rd__ day of __January, 2001__.

_____
Hilda G. Tagle
United States District Judge