16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. B-00-147 |
| CERTAIN REAL PROPERTY KNOWN AS 5587 MYSTIC BEND, | § § § | |
| Defendant. | § § | |

### ORDER

BE IT REMEMBERED that on January 9, 2001 the Court **SET ASIDE** the Order Striking Filings [Dkt. No. 15].

DONE at Brownsville, Texas, this 9 day of January 2001.

_____
Hilda G. Tagle
United States District Judge