18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| vs | § | CIV. NO. B-00-147 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 5587 MYSTIC BEND | § | |
| Defendant. | § | |

## GOVERNMENT'S MOTION TO STRIKE CLAIMANT'S RESPONSE

The United States of America, through Mervyn M. Mosbacker, United States Attorney, and Ronald G. Morgan, Assistant United States Attorney, pursuant to Federal Rules of Civil Procedure (Fed. R. Civ. P.) 7 and Local Rules ("LR") 7.3 and 7.4 of the Local Rules for the United States District Court Southern District, files this motion to strike "Claimant's Response To The Government's Motion For Judgment On The Pleading Or, In The Alternative, For Summary Judgment," stating as follows:

On November 29, 2000, the Government filed its motion seeking judgment on the pleadings or, in the alternative, summary judgment.[1] That motion was served upon the Defendant's counsel, by first class mail, return receipt requested, on November 30, 2000. On that same date, November 30, 2000, Defendant's counsel's office acknowledged receipt of that motion by executing the return receipt. Government Exhibit 1 (attached). Pursuant to LR 7.4, responses to opposed motions "must be filed by the submission day." "Submission day" is

---

[1] On January 3, 2001, the Court issued an order striking the Government's Motion, evidently believing that a certificate of service had not been attached to the motion. After reviewing the file, the Court found the certificate of service and, on January 9, 2001, issued an order setting aside the January 3, 2001 order. Claimant can take no solace in any of these events, since the original order could not have misled Claimant, because the January 3, 2001 order was issued two weeks after Claimant's response was due in any case.

established by the rules as the date upon which opposed motions will be submitted to the court for decision. Pursuant to LR 7.3, that date is "twenty days from filing" of the opposed motion. In other words, pursuant to the rules of this court, any opposition to the Government's motion for judgment on the pleadings or summary judgment had to have been filed no later than twenty days after the Government filed its motion, or no later than December 19, 2000. Instead, the claimant in this matter failed to file any response whatsoever until January 18, 2001, or more than twice the permitted time for filing and more than a month late under the rules.

For this reason, the Government respectfully requests this Court to issue an order striking the filing of "Claimant's Response To The Government's Motion For Judgment On The Pleading Or, In The Alternative, For Summary Judgment," as being late and out of time. In light of the foregoing, the Government renews its previously filed motion for judgment on the pleadings or, in the alternative, for summary judgment.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: *[signature]*
RONALD G. MORGAN
Assistant U. S. Attorney
Federal Bar No. 23902
TX Bar No. 00795014
600 East Harrison, # 201
Brownsville, Texas 78520
Tel No. (956) 548-2554
Fax No. (956) 548-2711

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery<br>11-30-00 |
| | C. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:                                av<br>**Dennis Sanchez**<br>**Attorney At Law**<br>**100 N. Expressway 83**<br>**Brownsville, TX 78521**<br><br>RE: Govt's M/For Judgment on the Pleading/For Summary Judgment: Civ. No. B-00-147 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:         ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)           ☐ Yes | |
| 2. Article Number (Copy from service label) | | |

PS Form 3811, July 1999          Domestic Return Receipt                          102595-99-M-1789

_Government Exhibit 1_ (handwritten)

## CERTIFICATE OF SERVICE

I hereby certify that a on the __19th__ day of ___January___, 2001, a true and correct copy of the foregoing GOVERNMENT'S MOTION TO STRIKE CLAIMANT'S RESPONSE and proposed Order was sent via first-class mail, return receipt requested, to the following persons at the addresses indicated:

DENNIS SANCHEZ
Counsel for Claimant EVA B. GARCIA
Sanchez, Whittington, Janis, & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521

CARLOS DAVID CASTILLON
Counsel for Claimant INTERNATIONAL BANK OF COMMERCE
Freeman & Castillon
1620 Santa Ursula, Ste. 2
Laredo, Texas 78040

RONALD G. MORGAN
Assistant U.S. Attorney