IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-147 |
| CERTAIN REAL PROPERTY KNOWN AS 5587 MYSTIC BEND, | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on January 31, 2001, the Court **GRANTED** the Government's Motion to Strike Claimant's Response [Dkt. No. 18] for failure to file within the statutory period. If the Claimant files a motion for leave in which she shows good cause for why her response was filed out of time by Friday, February 2, 2001 at 4:00 p.m., the Court will consider her response.

DONE at Brownsville, Texas, this 31st day of January 2001.

_____
Hilda G. Tagle
United States District Judge