20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. B-00-147 |
| | ) | |
| CERTAIN REAL PROPERTY KNOWN | ) | |
| AS 5587 MYSTIC BEND | ) | |

**CLAIMANT'S MOTION FOR LEAVE TO FILE RESPONSE TO
GOVERNMENT'S MOTION FOR JUDGMENT ON THE PLEADINGS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Eva Garcia, Claimant in the above-styled and numbered cause, and files this

her Motion for Leave to File a Late Response to the Government's Motion for Judgment on the

Pleadings or, in the Alternative, for Summary Judgment. In support of her motion, Claimant would

respectfully show unto the Court as follows:

I.

Claimant admits that the Government's Motion for Summary Judgment was received on

November 30, 2000. In the hectic atmosphere which arises in the period between Thanksgiving and

Christmas, the Motion for Summary Judgment was misplaced in another file, and was not discovered

until approximately one week prior to the filing of Claimant's Response. The misplacement of the

motion was an accident, and was not as a result of any conscious indifference on the undersigned's

part.

When the undersigned discovered the existence of the Motion for Summary Judgment, a

meeting was immediately set with the Claimant in order to request documents to be obtained in order

to provide evidence in opposition to such motion. One of the integral documents is the deed which reflects the date and the acquisition of the lots in Matamoros, Mexico, by Claimant's mother-in-law. The Government, in its Motion for Summary Judgment, clearly pointed out that none of the documents provided to date reflected the acquisition of the lots by Claimant's mother-in-law and, more importantly, the date of acquisition of such lots.

Claimant and Claimant's mother-in-law attempted to find the deeds to the property and they were unable to do so. Finally, Claimants were required to request through the Notary Public, that such Notary Public obtain from Victoria, Tamaulipas, Mexico, a copy of the filed deed. Such deed was not obtained until January 16, 2001, and was not provided to the undersigned until approximately four days later. Attached hereto as Exhibit A and incorporated herein for all purposes is a copy of the deed and a copy of the translation of same. The deed clearly reflects that Ildefonsa de la Llata de Garcia, Lots 6, 7, 8, and 9, Block 15, Residencial Las Arboledas, Matamoros, Tamaulipas, Mexico. These are the four lots which Mrs. de la Llata referred to in her Affidavit.

The purpose of enclosing the copy of this deed and its translation is to underscore the fact that, in fact, the lots were purchased in 1988, and support the allegation of Claimant that the lots were sold in 1998 and the money delivered to Claimant and her husband for use. Claimant has attempted to establish the trail of the money by providing copies of the sales documents relating to the sale of the four lots and the subsequent deposit of the monies into the bank account in Matamoros, Mexico, together with the subsequent transfer of the money to International Bank of Commerce in Brownsville, Texas.

Claimant would respectfully request this Court to file the Response which she had previously filed on January 18, 2001, and to consider the Affidavits and the documentary evidence which have been filed to date.

As aforesaid, the failure to file a Response in a timely manner arose as a result of the misplacing and the misfiling of the Motion for Summary Judgment. Had the undersigned been aware of the existence of said motion, the undersigned would have filed a timely response or, not having the appropriate evidence would have, at least, filed a motion to extend the time to respond.

WHEREFORE, premises considered, the undersigned and Claimant respectfully request this Court to grant them their Motion to File the Late Response and the supporting documents.

Respectfully submitted,

By: _____

Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax
ATTORNEYS FOR Claimant

# CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing **Claimant's Motion for Leave to File a Late Response to the Government's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment** has been served upon counsel for the Plaintiff, Mr. Ronald G. Morgan, Assistant United States Attorney, 600 East Harrison, No. 201, Brownsville, TX 78520, by ☐certified mail, return receipt requested, and/or by ☐ facsimile, and/or by ☐ hand delivery, on this _1st_ day of February, 2001.

DENNIS SANCHEZ

# AFFIDAVIT OF DENNIS SANCHEZ

THE STATE OF TEXAS      §
                                     §

COUNTY OF CAMERON    §

     BEFORE ME, the undersigned authority, on this day personally appeared DENNIS SANCHEZ, known to me to be the person whose name is subscribed hereto, who after being first duly sworn on oath, stated and said:

     "My name is Dennis Sanchez. I am the attorney for Claimant herein, Eva Garcia. I have read the above and foregoing Claimant's Motion for Leave to File a Late Response to the Motion for Summary Judgment, and the statements therein made in support of said motion and true and to the best of my knowledge and belief."

     FURTHER AFFIANT SAYETH NOT.

                                                    _____
                                                    Dennis Sanchez

     SUBSCRIBED and SWORN to before me, a Notary Public, on this the ___1___ day of February, 2001.

> **Christina Logan**
> MY COMMISSION EXPIRES
> June 14, 2001

                                                _____
                                          Notary Public, State of Texas

[Translation from Spanish]

Form No. 759

# STATE OF TAMAULIPAS

# PUBLIC REGISTRY OF PROPERTIES

### A P P E N D I X   11349-227

TYPE OF DEED - PUBLIC            MUNICIPALITY OF  H. MATAMOROS, TAM.

PRIVATE SECTION No.   I

NAME OF AUTHORIZING NOTARY:

NUMBER OF DEED:            DATE:        MAY 24, 1988

SELLER:     ELIUD ROGELIO CAVAZOS GONZALEZ and WIFE

BUYER:      ILDEFONSA DE LA LLATA CASANOVA Vda. DE GARCIA

NOTES:

JUNE 6, 1988

The above property ....[not legible]  61813-64296    ....[not legible]

.... 1237-1286  II-I   ....[not legible]  Matamoros    ....[not legible]

MARCH 16, 1998

---------------------- The total property with this description came to

belong to  Javier Salinas Simpson   pursuant to recording No. 57168

....[not legible]  1144   Section  I, Matamoros, Tam.-  Recorded.

NOTES SHOULD BE CONTINUOUS WITHOUT ANY BLANK SPACES BETWEEN THEM.

Page 1 of 8

[an official stamp and seal which reads:]

"MEXICAN UNITED STATES
PUBLIC REGISTRY OF PROPERTIES"

THIS IS A TRUE AND CORRECT COPY TAKEN FROM ITS ORIGINAL WHICH IS FOUND

IN THE BOOKS OF THIS OFFICE. IT CONSISTS OF 4 PAGES, DULY PROOFREAD AND

CORRECTED, CAUSING ISSUANCE DUTIES IN THE AMOUNT OF $144.00, NATIONAL

CURRENCY, AS EVIDENCED BY PAYMENT RECEIPT No. 0732. IT IS ISSUED AT THE

REQUEST OF   PEDRO HERNANDEZ   FOR WHATEVER LEGAL PURPOSES HE MAY

DEEM USEFUL, IN CIUDAD VICTORIA, CAPITAL OF THE STATE OF TAMAULIPAS, ON

THE 16TH DAY OF JANUARY OF THE YEAR 2001.

[Flourish]

The Director

Lic. Mario Garza Ramos
Notary Public No. 88
H. Matamoros, Tam.

### Official Record No. 1,937.   Page 1

OFFICIAL RECORD NUMBER ONE THOUSAND NINE HUNDRED THIRTY-SEVEN

IN THE HEROIC CITY OF MATAMOROS, TAMAULIPAS, MEXICAN UNITED STATES, it

being ten hours on the twelfth day of April nineteen eighty-eight, before me, MARIO GARZA

RAMOS, ATTORNEY AND NOTARY PUBLIC NUMBER EIGHTY-EIGHT, practicing in this

Judicial District, personally appeared Miss MARIA LUISA GARZA OLGUIN and Doctor ELIUD

ROGELIO CAVAZOS GONZALEZ and his wife Mrs. GLORIA RITA DE LA GARZA

GONZALEZ DE CAVAZOS, all of them as sellers, and Mrs. ILDEFONSA DE LA LLATA

CASANOVA VIUDA DE GARCIA, as buyer, and they stated: that they execute this PURCHASE

AGREEMENT, pursuant to the following recitals and clauses:

### R E C I T A L S :

**FIRST**: Miss MARIA LUISA GARZA OLGUIN states that through public deed number one

thousand five hundred ninety-nine, volume thirty-nine, of this same official registry, which first

certified copy was recorded in the Public Registry of Properties, Section One, Number 61,813, sixty-

one thousand eight hundred thirteen, page 1,237, one thousand two hundred thirty-seven,

municipality of Matamoros, dated March 27, twenty-seventh, 1987, nineteen eighty-seven, on

February twenty-sixth nineteen eighty-seven, she acquired, among others, for the sum of

$660,000.00 (SIX HUNDRED SIXTY THOUSAND PESOS, 00/100 NATIONAL CURRENCY),

lots numbers 6, six, and 7, seven, of block 15, fifteen, of the "RESIDENCIAL LAS ARBOLEDAS"

Subdivision, in the City of Matamoros, Tamaulipas, with an area of 240.00 M2., two hundred forty

square meters, and with the following metes and bounds: to the North, 16.00 m., sixteen meters,

with Lot 8; to the South, 16.00 m., sixteen meters, with Lot number 4, to the East, 15.00 m., fifteen

meters, with Samuel Morse Street; and to the West, 15.00 m., fifteen meters, with Lots numbers 18

and 19.   The above mentioned Block 15, fifteen,

### Official Record No. 1,937.   Page 2

is circumscribed by the Encino, Almendro, Samuel Morse, and Edison Streets.  The affiants further

state that the lot so identified is free of any property liens as will be evidenced by the certificate

which will be attached to the first certified copy of this deed.

**SECOND**:  Doctor ELIUD ROGELIO CAVAZOS GONZALEZ, states that through public deed

number one thousand six hundred twenty-two, volume thirty-second, of this same official registry,

which first certified copy was recorded in the Public Registry of Properties, Section One, Number

64,296, sixty-four thousand two hundred ninety-six, page 1,286, one thousand two hundred eighty-

six, municipality of Matamoros, dated May 6, sixth, 1987, nineteen eighty-seven, on March thirty-

first nineteen eighty-seven, he acquired for the sum of $645,000.00 (SIX HUNDRED FORTY-FIVE

THOUSAND PESOS, 00/100 NATIONAL CURRENCY), lots numbers 8, eight, and 9, nine, of

block 15, fifteen, of the "RESIDENCIAL LAS ARBOLEDAS" Subdivision, in the City of

Matamoros, Tamaulipas, with an area of 240.00 M2., two hundred forty square meters, and with the

following metes and bounds: to the North, 16.00 m., sixteen meters, with Lot 10;  to the South,

16.00 m., sixteen meters, with Lot number 7, to the East, 15.00 m., fifteen meters, with Samuel

Morse Street; and to the West, 15.00 m., fifteen meters, with Lots numbers 20 and 21.   The above

mentioned Block 15, fifteen, is circumscribed by the Encino, Almendro, Samuel Morse, and Edison

CRMPDF - www.texisa.com

Streets. The affiants further state that the lot so identified is free of any property liens as will be evidenced by the certificate which will be attached to the first certified copy of this deed.

**THIRD:** The Buyer, under oath and for purposes of the payment of property purchase taxes, states that she does not own any of the lots adjoining to the ones object of this contract.

### Official Record No. 1,937.   Page 3

Having stated the foregoing, the Affiants grant the following clauses:

### C L A U S E S:

**FIRST:** Miss MARIA LUISA GARZA OLGUIN, hereby sells, and Mrs. ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA, hereby buys, lots numbers 6, six, and 7, seven, of block number 15, fifteen, of the "RESIDENCIAL LAS ARBOLEDAS" Subdivision, in the City of Matamoros, Tamaulipas, with an area of 240.00 M2., two hundred forty square meters, and with the metes and bounds set forth in the first recital of this deed, and which are deemed as having been copied herein.

**SECOND:** The price for this purchase operation is the amount of $660,000.00 (SIX HUNDRED SIXTY THOUSAND PESOS, 00/100 NATIONAL CURRENCY), which seller receives and accepts in this act from the purchaser, in cash and to her entire satisfaction.

**THIRD:** Doctor ELIUD ROGELIO CAVAZOS GONZALEZ and his wife, Mrs. GLORIA RITA DE LA GARZA GONZALEZ DE CAVAZOS, hereby sell, and Mrs. ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA, hereby buys, lots numbers 8, eight and 9, nine, of block number 15, fifteen, of the "RESIDENCIAL LAS ARBOLEDAS" Subdivision, in the City of Matamoros, Tamaulipas, with an area of 240.00 M2., two hundred forty square meters, and with the

metes and bounds set forth in the second recital of this deed, and which are deemed as having been copied herein.

**FOURTH**: The price for this purchase operation is the amount of $645,000.00 (SIX HUNDRED FORTY-FIVE THOUSAND PESOS, 00/100 NATIONAL CURRENCY), which sellers receive and accept in this act from the purchaser, in cash and to their entire satisfaction.

**FIFTH**:   Sellers hereby transfer to buyer the ownership and possession of the lot sold, free of any liens, and

### Official Record No. 1,937.   Page 4

up to date in the payment of its property taxes and promises to hold her harmless in the event of any dispossession.

**SIXTH**: The lot sold becomes the property of the purchaser along with all the restrictions and obligations which seller contracted with Fraccionadora y Urbanizadora Melsa, Sociedad Anónima de Capital Variable and which appear on the preceding title.

### PERSONAL DATA OF GRANTORS:

Those who personally appeared stated they are:

Miss MARIA LUISA GARZA OLGUIN, Mexican, of legal age, single, with her address located at Arroyo del Tigre number 52 between 18 and 20, in the Colonia San Francisco of this city, homemaker, and is exempt from the payment of federal income taxes, as she stated under oath.

Doctor ELIUD ROGELIO CAVAZOS GONZALEZ, Mexican, of legal age, married, with his address located at 5a. Bravo y Matamoros, Apartment 1 Upper Floor, of this city, is current in the payment of his federal income taxes, as he stated under oath, his federal taxpayer number CAGE-481101.

Mrs. GLORIA RITA DE LA GARZA GONZALEZ DE CAVAZOS, Mexican, of legal age, married, with her address located at 5a. Bravo y Matamoros, Apartment 1 Upper Floor, of this city, housewife, and is exempt from the payment of federal income taxes, as she stated under oath.

Mrs. ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA, Mexican, of legal age, widow, with her address located at Rio San Juan 12 and 14 number 7, Colonia San Francisco, of this city, is current in the payment of her federal income taxes, as she stated under oath, her federal taxpayer number LACI-330123.

This deed was drawn up under the above terms which the parties granted before me, for which I attest and certify as follows:

### Official Record No. 1,937.  Page 5

1.-    That I personally know the grantors and, in my opinion, they have legal capacity.

2.-    That I read this instrument to the parties, to whom I explained its value and legal scope of its content, and they being in agreement, ratified and signed it being fifteen hours of the same day it was granted.  I ATTEST.

MARIA LUISA GARZA OLGUIN.- Signature.-   Doctor ELIUD ROGELIO CAVAZOS GONZALEZ.- Signature.-   GLORIA RITA DE LA GARZA GONZALEZ DE CAVAZOS.- Signature.-   ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA.- Signature.- BEFORE ME, MARIO GARZA RAMOS, ATTORNEY.- Signature.- Seal of Office.

AUTHORIZATION: On May twenty-fourth nineteen eighty-eight, I definitively authorize this deed and I attached to the Appendix copies of income tax returns presented, and also returns of taxes on acquisition of properties, marked with the number of this official record and the letters

"A" and "B".- I ATTEST.- MARIO GARZA RAMOS, ATTORNEY.- Signature.- Seal of Office.

THIS IS THE FIRST CERTIFIED COPY, TAKEN FROM ITS ORIGINAL WHICH CAN BE FOUND IN THE OFFICIAL REGISTRY UNDER MY CARE, WHERE I NOTED ITS ISSUANCE ON THE MARGIN OF ITS ORIGINAL, IT CONSISTS OF TWO PAGES DULY AUTHORIZED AND SIGNED.  I ISSUE [THIS] FOR THE BUYER, IN THE HEROIC CITY OF MATAMOROS, TAMAULIPAS, ON THE TWENTY-FOURTH DAY OF THE MONTH OF MAY NINETEEN EIGHTY-EIGHT.- I ATTEST.

[Flourish]                              (Notary Seal of Office)

LIC. MARIO GARZA RAMOS
NOTARY PUBLIC NO. 88

*CERTIFICATION OF TRANSLATOR*

*I, Sandra R. Cortez, certified by the Administrative Office of the United States Courts for English-Spanish interpreting, do hereby certify that I have translated the foregoing document from Spanish into English.  I further certify that this English translation consisting of 8 pages, is true and correct to the best of my knowledge and abilities.*

*Brownsville, Texas - January 24, 2001*

*Sandra R. Cortez*
*U.S. Court Certified Interpreter/Translator*

Page 8 of 8

Case 1:00-cv-00147   Document 20   Filed in TXSD on 02/01/2001   Page 14 of 21

0—11-87.

Forma No. 759.



Hoja No. . . . . . . . . . .       Vo. Bo . . . . . . . . . . . . . . . . . . . . . . . . .
                                   REGISTRADOR

# ESTADO DE TAMAULIPAS
## REGISTRO PUBLICO DE LA PROPIEDAD
### A P E N D I C E   11349 - 227

CLASE DE ESCRITURA - PUBLICA MUNICIPIO DE . . . . . . . H. MATAMOROS. TAM. . . . . . . . . .

PRIVADA SECCION No. . . . . . . . . . . . . . I . . . . . . . . . . . . . . . .

NOMBRE DEL NOTARIO AUTORIZANTE: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

NUMERO DE LA ESCRITURA: . . . . . . . . . . FECHA: . . MAYO. 24. de. 1988. . . . . . . . . .

VENDEDOR: . . ELIUD ROGELIO CAVAZOS GONZALEZ Y SRA. . . . . .

COMPRADOR: . . . . ILDEFONSA DE LA LLATA CASANOVA VDA. DE GARCIA. . . . . .

ADJUDICATARIO: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ARRENDATARIO: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ACREEDOR: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DEUDOR: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

SOCIEDADES CIVILES: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ANOTACIONES: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

- 6 JUN. 1988

Propiedad anterior . . . . . 61813-64296

1237-1286   V-I   Matamoros

1987-87

16 MAR. 1998

. . . ripción pasó a ser . . . . . . . . .

según registro No. . . 57168 . . . . 1744 . . . . Sección
                                    Matamoros . . . Tam.-Corste.

ES COPIA FIEL Y EXACTA SACADA DE SU ORIGINAL QUE OBRA
EN LOS LIBROS DE ESTA OFICINA. VA EN ___4___ HOJAS
ÚTILES DEBIDAMENTE COTEJADAS Y CORREGIDAS, CAUSANDO
DERECHOS DE EXPEDICION POR LA CANTIDAD DE $ ___144=___
M,N,, SEGUN RECIBO DE PAGO NUM. _0732_ SE EXPIDE A
SOLICITUD DE _Pedro  Hernandez_
PARA LOS USOS LEGALES QUE A SUS INTERESES CONVENGA
EN CIUDAD VICTORIA, CAPITAL DEL ESTADO DE TAMAULIPAS
A LOS ___16___ DIAS DEL MES DE ___Enero___ DEL
AÑO ___2001___

REGISTRO PUBLICO
DE LA PROPIEDAD

El Director

Case 1:00-cv-00147  Document 20  Filed in TXSD on 02/01/2001  Page 16 of 21

------------------VOLUMEN CUADRAGESIMOSEPTIMO.------------

----------ACTA NUMERO MIL NOVECIENTOS TREINTA Y SIETE.----

EN LA HEROICA CIUDAD DE MATAMOROS, TAMAULIPAS, ESTADOS UNIDOS

MEXICANOS, siendo las diez horas del día doce de mayo de mil

novecientos ochenta y ocho, ante mí, Licenciado MARIO GARZA

RAMOS, NOTARIO PUBLICO NUMERO OCHENTA Y OCHO, en ejercicio en

este Distrito Judicial, son presentes por una parte la

señorita MARIA LUISA GARZA OLGUIN; y por otra el señor Doctor

ELIUD ROGELIO CAVAZOS GONZALEZ y su esposa la señora GLORIA

RITA DE LA GARZA GONZÁLEZ DE CAVAZOS, todas como vendedoras,

y por otra parte la señora ILDEFONSA DE LA LLATA CASANOVA

VIUDA DE GARCIA, como compradora, y dijeron: que celebran un

CONTRATO DE COMPRAVENTA, al tenor de las declaraciones y

cláusulas siguientes:--------------------------------------

-------------------D E C L A R A C I O N E S:--------------

PRIMERA:- Declara la señorita MARIA LUISA GARZA OLGUIN, que

mediante escritura pública número mil quinientos noventa y

nueve, volumen trigésimonoveno, de este mismo protocolo, cuyo

primer testimonio quedó inscrito en el Registro Público de la

Propiedad, en la sección primera, número 61,813, sesenta y un

mil ochocientos trece, legajo 1,237, mil doscientos treinta y

siete, municipio de Matamoros, con fecha 27, veintisiete, de

marzo de 1987, mil novecientos ochenta y siete, el día

veintiséis de febrero de mil novecientos ochenta y siete,

adquirió, entre otros, en la cantidad de $660,000.00

(SEISCIENTOS SESENTA MIL PESOS, 00/100 MONEDA NACIONAL), los

lotes números 6, seis, y 7, siete, de la manzana 15, quince,

del Fraccionamiento Urbano "RESIDENCIAL LAS ARBOLEDAS" de la

ciudad de Matamoros, Tamaulipas, con superficie de 240.00

Acta No. 1,937, Página 2.

quince mencionada, se encuentra circundada por las calles Encino, Almendro, Samuel Morse y Edison. Agregan los declarantes que el solar identificado se encuentra libre de gravámen según lo justificarán con el certificado que se agregará al primer testimonio de esta escritura.------------

SEGUNDA:- Declara el señor Doctor ELIUD ROGELIO CAVAZOS GONZALEZ, que mediante escritura pública número mil seiscientos veintidós, volumen trigésimosegundo, de este mismo protocolo, cuyo primer testimonio quedó inscrito en el Registro Público de la Propiedad, en la sección primera, número 64,296, sesenta y cuatro mil doscientos noventa y seis, legajo 1,286, mil doscientos ochenta y seis, municipio de Matamoros, con fecha 6, seis, de mayo de 1987, mil novecientos ochenta y siete, el día treinta y uno de marzo de mil novecientos ochenta y siete, adquirió, en la cantidad de $645,000.00 (SEISCIENTOS CUARENTA Y CINCO MIL PESOS, 00/100 MONEDA NACIONAL), los lotes números 8, ocho, y 9, nueve, de la manzana 15, quince, del Fraccionamiento Urbano "RESIDENCIAL LAS ARBOLEDAS" de la ciudad de Matamoros, Tamaulipas, con superficie de 240.00 m2., doscientos cuarenta metros cuadrados, y las siguientes medidas y colindancias: al Norte, en 16.00 m., dieciséis metros, con el lote 10; al Sur, en 16.00 m., dieciséis metros, con el lote número 7; al Oriente, en 15.00 m., quince metros, con la calle Samuel Morse; y al Poniente, en 15.00 m., quince metros, con los lotes números 20 y 21. La manzana número 15, quince mencionada, se encuentra circundada por las calles Encino, Almendro, Samuel Morse y Edison. Agregan los declarantes que el solar identificado se encuentra libre de gravámen según lo justificarán con el certificado que se agregará al primer

REGISTRO
DE LA P

REGISTR
DE LA

contrato.------------------------------------------------------

Expuesto lo anterior los comparecientes otorgan las siguientes cláusulas:------------------------------------

--------------------C L A U S U L A S:------------------

PRIMERA:- La señorita MARIA LUISA GARZA OLGUIN, vende, y l señora ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA, compra los lotes números 6, seis, y 7, siete, de la manzana número 15, quince, del Fraccionamiento Urbano "Residencial las Arboledas", de la ciudad de Matamoros, Tamaulipas, con superficie de 240.00 m2., doscientos cuarenta metros cuadrados y las medidas y colindancias que se precisan en la declaración primera de esta escritura y se tienen aquí por reproducidas a la letra.-----------------------------------

SEGUNDA:- El precio de esta operación de compraventa lo constituye la cantidad de $660,000.00 (SEISCIENTOS SESENTA MIL PESOS 00/0100 MONEDA NACIONAL) que la parte vendedora recibe en este acto de la compradora, en efectivo y a su entera satisfacción.-----------------------------------------

TERCERA:- El Doctor ELIUD ROGELIO CAVAZOS GONZALEZ, y su esposa la señora GLORIA RITA DE LA GARZA GONZALEZ DE CAVAZOS, venden y la señora ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA, compra los lotes números 8, ocho, y 9, nueve, de la manzana 15, quince, del Fraccionamiento Urbano "Residencial Las Arboledas", de la ciudad de Matamoros, Tamaulipas, con superficie de 240.00 m2., doscientos cuarenta metros cuadrados, y las medidas y colindancias que se precisan en la declaración segunda de esta escritura y se tienen aquí por reproducidas a la letra.-----------------------------------

CUARTA:- El precio de esta operación de compraventa lo constituye la cantidad de $645,000.00 (SEISCIENTOS CUARENTA Y



## Acta No. 1,937. Página 4.

al corriente en el pago de sus impuestos prediales y se obliga al saneamiento para el caso de evicción.-------------------

SEXTA:- El terreno vendido pasa a propiedad de la parte compradora con las restricciones y obligaciones que la parte vendedora contrajo con Fraccionadora y Urbanizadora Melsa, Sociedad Anónima de Capital Variable y que aparecen en el título antecedente.--------------------------------------------

-----------------GENERALES DE LOS OTORGANTES:---------------------

Los comparecientes manifestaron ser:---------------------------

-------------------------------------------------------------------

La señorita MARIA LUISA GARZA OLGUIN, mexicana, mayor de edad, soltera, con domicilio en Arroyo del Tigre número 52 entre 18 y 20, de la Colonia San Francisco, de esta ciudad, dedicada a su hogar y exenta en el pago del Impuesto Federal Sobre la Renta, según su manifestación bajo protesta.--------

El señor Doctor ELIUD ROGELIO CAVAZOS GONZALEZ, mexicano, mayor de edad, casado, con domicilio en 5a. Bravo y Matamoros, Departamento 1 Altos, de esta ciudad, al corriente en el pago del Impuesto Federal Sobre la Renta, según su manifestación bajo protesta, contribuyente número CAGE-481101.-------------------------------------------------

La señora GLORIA RITA DE LA GARZA GONZALEZ DE CAVAZOS, mexicana, mayor de edad, casada, con domicilio en 5a. Bravo y Matamoros, Departamento 1 Altos, de esta ciudad, dedicada a su hogar y exenta en el pago del Impuesto Federal Sobre la Renta según su manifestación bajo protesta.---------------------

La señora ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA, mexicana, mayor de edad, viuda, con domicilio en Río San Juan 12 y 14 número 7, Colonia San Francisco, de esta ciudad, al corriente en el pago del Impuesto Federal Sobre la Renta,

Case 1:00-cv-00147   Document 20   Filed in TXSD on 02/01/2001   Page 20 of 21

I.- Que conozco personalmente a los otorgantes y tienen, a mi juicio, capacidad legal.----------------------------------------

II.- Que leí esta acta a los contratantes a quienes expliqué su valor y el alcance legal de su contenido, y ellos, conformes con su tenor, la ratificaron y firmaron siendo las quince horas del mismo día de su otorgamiento. DOY FE.------

MARIA LUISA GARZA OLGUIN.- Firmado.- Doctor ELIUD ROGELIO CAVAZOS GONZALEZ.- Firmado.- GLORIA RITA DE LA GARZA GONZALEZ" DE CAVAZOS.- Firmado.- ILDEFONSA DE LA LLATA CASANOVA VIUDA DE GARCIA.- Firmado.- ANTE MI Licenciado MARIO GARZA RAMOS.- Firmado.- El Sello de Autorizar.--------------------------------

AUTORIZACION:- En veinticuatro de mayo de mil novecientos ochenta y ocho, autorizo definitivamente esta escritura y agrego al apéndice ejemplares de las declaraciones presentadas para el pago del Impuesto Sobre la Renta y del Impuesto Sobre Adquisición de Inmuebles, marcados con el número de esta acta y las letras "A" y "B".- DOY FE.- Licenciado MARIO GARZA RAMOS.- Firmado.- El Sello de Autorizar.--------------------------------------------------

ES PRIMER TESTIMONIO, SACADO DE SU ORIGINAL QUE OBRA EN EL PROTOCOLO DE INSTRUMENTOS PUBLICOS QUE ES A MI CARGO, DONDE DEJE ANOTADA SU EXPEDICION AL MARGEN DE SU MATRIZ, VA EN DOS FOJAS UTILES DEBIDAMENTE AUTORIZADAS Y FIRMADAS. LO EXPIDO PARA LA PARTE COMPRADORA, EN LA HEROICA CIUDAD DE MATAMOROS, TAMAULIPAS, A LOS VEINTICUATRO DIA

# DATOS DE REGISTRO

Sección _____ I _____ No. 11349 . Legajo 227

Municipio de: H. Matamoros, 8 a.m. ᵃᵒ

Derechos Causados $ ............................... 13,760.

Por Recibo No. 410.660 fecha de hoy ---

Expedido por la Sección de Recaudación de la Tesorería

General del Estado.

Cd. Victoria, Tam., a 6 a junio de 88