IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CIVIL ACTION NO. B-00-147 |
| | ) |
| CERTAIN REAL PROPERTY KNOWN | ) |
| AS 5587 MYSTIC BEND | ) |

**CLAIMANT'S CORRECTION TO MOTION FOR LEAVE TO FILE RESPONSE
TO GOVERNMENT'S MOTION FOR JUDGMENT ON THE PLEADINGS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Eva Garcia, Claimant in the above-styled and numbered cause, and files this her Correction to the Motion for Leave to File a Late Response and in modification to the previous Motion would make the following corrections:

I.

The undersigned was incorrect and mistaken when he stated that the Government's Motion for Summary Judgment was discovered <u>one week</u> before the filing of the Response. In fact, the Motion was discovered approximately <u>one month</u> before the filing of the Response. After thoroughly reviewing the file, the undersigned is certain that the misplaced Motion was discovered on or about December 15 or December 18, 2000. Upon discovering the Motion, the undersigned immediately made an appointment with Claimant in order to attempt to obtain documents which could be utilized in filing an opposition to the Government's Motion for Summary Judgment. The undersigned regrets the confusion which the misstatement may have made regarding the time of discovery.

When the Motion for Summary Judgment was discovered, the undersigned reviewed the Federal Rules of Civil Procedure and, after reading the same, came to the conclusion that a hearing date would be set by the Court and Claimant would have the timely opportunity to file a Response to the Motion. The undersigned did not consult the Local Rules and, therefore, was unaware of the automatic submission date. The failure to consult the Local Rules was not a result of conscious indifference, but rather, a mistaken assumption on the undersigned's part that the Motion hearing would be set by the Court.

Respectfully submitted,

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax
ATTORNEYS FOR Claimant EVA GARCIA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Claimant's Correction Motion for Leave to File a Late Response to the Government's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment** has been served upon counsel for the Plaintiff, Mr. Ronald G. Morgan, Assistant United States Attorney, 600 East Harrison, No. 201, Brownsville, TX 78520, by ☐ certified mail, return receipt requested, and/or by ☐ facsimile, and/or by ☒ hand delivery, on this _8th_ day of February, 2001.

_____
DENNIS SANCHEZ

## AFFIDAVIT OF DENNIS SANCHEZ

THE STATE OF TEXAS §
§
COUNTY OF CAMERON §

BEFORE ME, the undersigned authority, on this day personally appeared DENNIS SANCHEZ, known to me to be the person whose name is subscribed hereto, who after being first duly sworn on oath, stated and said:

"My name is Dennis Sanchez. I am the attorney for Claimant herein, Eva Garcia. I have read the above and foregoing Claimant's Correction to Motion for Leave to File Response to Government's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment, and the statements therein made in support of said motion and true, and to the best of my knowledge and belief."

FURTHER AFFIANT SAYETH NOT.

_____
Dennis Sanchez

SUBSCRIBED and SWORN to before me, a Notary Public, on this the 8th day of February, 2001.

[Notary Seal: Christina Logan, MY COMMISSION EXPIRES June 14, 2001]

_____
Notary Public, State of Texas