24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| vs | § | CIV. NO. B-00-147 |
| | § | |
| CERTAIN REAL PROPERTY KNOWN | § | |
| AS 5587 MYSTIC BEND | § | |
| Defendant. | § | |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

The Court has considered the Government's and International Bank of Commerce's Motion For entry of a Final Judgment and Order of Forfeiture in this case. The Court **FINDS** as follows:

Defendant Property was titled in the names of RICARDO ELOY GARCIA and his spouse, EVA B. GARCIA. RICARDO ELOY GARCIA'S interest in the Defendant Property was forfeited to the United States pursuant to this Court's Final Order of Criminal Forfeiture dated October 30, 2000. Any interest that EVA B. GARCIA may have had in the Defendant Property was forfeited to the United States pursuant to this Court's Order, entered February 8, 2001, granting the Government's Motion For Judgment on the Pleadings or, in the alternative, for Summary Judgment.

Thus, all interests in the Defendant Property have been forfeited to the United States, subject to the deed of trust lien held by the International Bank of Commerce.

The Court further **FINDS** that reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for the filing of the forfeiture case against the Defendant Property.

Therefore it is **ORDERED**:

1. That a final judgment of forfeiture to the United States is entered against the Defendant Property described as a residence and the land upon which it sits located at 5587 MYSTIC BEND, BROWNSVILLE, CAMERON COUNTY, TEXAS. The legal description of the property is recorded as:

> (a) Lot 20, Block 7, The Woods Subdivision, Cameron County, Texas, according to the map thereof recorded in Cabinet 1, Slot 1428-A & 1428-B, Map Records of Cameron County, Texas, along with all improvements.

2. That Claimant EVA B. GARCIA is divested of any right, title or interest in the Defendant Property;

3. That RICARDO ELOY GARCIA'S interest that was previously ordered forfeited to the United States remains so forfeited and that he is divested of any right, title or interest in the Defendant Property;

4. That Claimant INTERNATIONAL BANK OF COMMERCE's ("IBC") claim against the Defendant Property is granted and shall be paid in accordance with the limitations and priorities set forth below in paragraph six of this order; in no event, however, shall this judgment be construed to obligate the United States Government to pay the underlying indebtedness associated with the deed of trust lien, or other such lien, on the Defendant Property;

5. That the Defendant Property generally described as a residence and the land upon which it sits located at 5587 MYSTIC BEND, BROWNSVILLE, CAMERON COUNTY, TEXAS more particularly described as:

> (a) Lot 20, Block 7, The Woods Subdivision, Cameron County, Texas, according to the map thereof recorded in Cabinet 1, Slot 1428-A & 1428-B, Map Records of Cameron County, Texas, along with all improvements

is forfeited to the United States of America, and;

      6. That the United States Marshals Service shall dispose of the Defendant Property in accordance with law and that the proceeds from the sale or disposition of the Defendant Property, if any, shall be disbursed in the following priority:

    (a) To reimburse USMS for its administrative costs in exercising jurisdiction over, preserving, maintaining or marketing the Defendant Property;

    (b) To pay all commissions and costs of sale;

    (c) To pay IBC's Allowed Claim, and interest, if any; except that IBC's attorney fees in this matter, which are paid from the proceeds of the sale of the Defendant Property, are not to exceed two thousand three hundred dollars ($2,300.00);

    (d) All remaining proceeds shall be disbursed by USMS in accordance with law

**THIS IS A FINAL JUDGMENT**

Signed this the 8th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

3